AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ebel, David M. | Tenth Circuit Court of Appeals | 07/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street
Room 109L
Denver, CO 80257

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 2. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 3. Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |
| 4. Open Intelligence Software Group, Inc. Class A Common Stock | A | Dividend | J | U | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. - Janus Henderson Money Market Fund D Shares | B | Interest | K | T | Sold (part) | 01/08/19 | K | | |
| 7. | | | | | Sold (part) | 02/25/19 | K | | |
| 8. | | | | | Buy (add'l) | 06/03/19 | K | | |
| 9. | | | | | Sold (part) | 12/16/19 | L | | |
| 10. - Janus Henderson Global Technology Fund D Shares | B | Dividend | J | T | Buy (add'l) | 12/16/19 | K | | |
| 11. - Janus Henderson Forty Fund D Shares | C | Dividend | L | T | Buy (add'l) | 01/08/19 | K | | |
| 12. | | | | | Buy (add'l) | 02/25/19 | K | | |
| 13. | | | | | Sold (part) | 06/03/19 | K | C | |
| 14. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 15. - Janus Henderson U.S. Growth Opportunities Fund D Shares | A | Dividend | J | T | Buy (add'l) | 12/16/19 | J | | |
| 16. - Janus Henderson Enerprise Fund D Shares | B | Dividend | K | T | Buy | 02/25/19 | K | | |
| 17. | | | | | Buy (add'l) | 12/16/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Janus Henderson Global Life Sciences Fund D Shares | A | Dividend | J | T | Buy | 02/25/19 | J | | |
| 19. | | | | | Sold (part) | 06/03/19 | J | | |
| 20.  Brokerage (H) | | | | | | | | | |
| 21.  - Amazon.Com Inc | | None | | | Sold | 02/12/19 | K | B | |
| 22.  - Fidelity Core Cash Management Account | A | Interest | J | T | | | | | |
| 23.  - Microsoft Corp | A | Dividend | K | T | | | | | |
| 24.  - AT&T Inc | B | Dividend | M | T | Buy | 01/04/19 | J | | |
| 25. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 26. | | | | | Buy (add'l) | 08/27/19 | K | | |
| 27. | | | | | Buy (add'l) | 10/07/19 | K | | |
| 28.  - Meet Group Inc Com | | None | | | Buy | 01/04/19 | J | | |
| 29. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 30. | | | | | Sold | 03/12/19 | J | A | |
| 31.  - Arista Networks Inc Com | | None | | | Buy | 01/10/19 | K | | |
| 32. | | | | | Sold | 06/19/19 | K | C | |
| 33.  - Editas Medicine Inc Com | | None | | | Buy | 01/10/19 | J | | |
| 34. | | | | | Sold | 01/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Kohls Corp Com | A | Dividend | | | Buy | 01/14/19 | K | | |
| 36. | | | | | Sold | 06/12/19 | J | | |
| 37.   - Attunity Ltd Shs New | | None | | | Buy | 01/24/19 | J | | |
| 38. | | | | | Sold | 02/25/19 | J | A | |
| 39.   - Palo Alto Networks Inc Com | | None | | | Buy | 01/24/19 | J | | |
| 40. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 41. | | | | | Sold | 05/28/19 | J | A | |
| 42.   - Ark ETF Tr Fintech Innova | | None | | | Buy | 02/14/19 | J | | |
| 43. | | | | | Sold | 06/19/19 | J | A | |
| 44.   - Nvidia Corp | A | Dividend | | | Buy | 02/20/19 | J | | |
| 45. | | | | | Sold | 03/11/19 | J | | |
| 46. | | | | | Buy | 12/23/19 | K | | |
| 47.   - Invesco QQQ Tr Unit Ser 1 | A | Dividend | | | Buy | 05/02/19 | K | | |
| 48. | | | | | Sold | 08/09/19 | K | | |
| 49.   - Ericsson ADR | | None | K | T | Buy | 06/05/19 | J | | |
| 50. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 51.   - Alibaba Group Holding Ltd | | None | | | Buy | 06/28/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/03/19 | K | | |
| 53.   - Petmed Express Inc Com | A | Dividend | | | Buy | 07/29/19 | J | | |
| 54. | | | | | Sold | 08/09/19 | J | | |
| 55.   - Enphase Energy Inc Com | | None | K | T | Buy | 09/16/19 | J | | |
| 56. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 57. | | | | | Sold | 10/03/19 | J | A | |
| 58. | | | | | Buy | 12/11/19 | K | | |
| 59.   - Solaredge Technologies Inc Com | | None | | | Buy | 09/16/19 | J | | |
| 60. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 61. | | | | | Sold | 11/26/19 | K | B | |
| 62.   - Verizon Communications | | None | J | T | Buy | 10/31/19 | J | | |
| 63.   - Nokia OYJ ADR | | None | | | Buy | 11/19/19 | J | | |
| 64. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 65. | | | | | Sold | 12/11/19 | J | | |
| 66.   IRA #2 (H) | | | | | | | | | |
| 67.   - FDIC Insured Deposit at US Bank | A | Interest | L | T | | | | | |
| 68.   - Alibaba Group Hldg Ltd | | None | | | Sold | 05/28/19 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 10/07/19 | K | | |
| 70. | | | | | Sold | 10/22/19 | K | A | |
| 71.   - Home Depot Inc Com | A | Dividend | K | T | | | | | |
| 72.   - SalesForce Com Inc | | None | | | Sold | 08/09/19 | K | C | |
| 73.   - Verizon Communications | A | Dividend | | | Sold | 06/19/19 | K | | |
| 74.   - Abbvie Inc Com | A | Dividend | | | Buy | 01/09/19 | K | | |
| 75. | | | | | Sold | 02/22/19 | K | | |
| 76.   - Royal Bank of Canada Com | A | Dividend | | | Buy | 02/27/19 | K | | |
| 77. | | | | | Sold | 08/09/19 | K | | |
| 78.   - Apple Inc Com | A | Dividend | K | T | Buy | 03/25/19 | K | | |
| 79. | | | | | Sold | 07/11/19 | K | A | |
| 80. | | | | | Buy | 09/16/19 | K | | |
| 81.   - Vanguard World FDS Vanguard Information | | None | | | Buy | 04/09/19 | K | | |
| 82. | | | | | Sold | 06/19/19 | K | A | |
| 83.   - Amazon.Com Inc | | None | K | T | Buy | 05/02/19 | K | | |
| 84.   - ALPS ETF Tr Clean Energy | A | Dividend | K | T | Buy | 09/09/19 | K | | |
| 85. | | | | | Buy (add'l) | 12/23/19 | K | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - Keysight Technologies Inc Com | | None | K | T | Buy | 09/09/19 | K | | |
| 87.   - Chipotle Mexican Grill Inc Com | | None | K | T | Buy | 11/04/19 | K | | |
| 88.   - Nvidia Corp | | None | K | T | Buy | 12/23/19 | K | | |
| 89.   IRA #3 (H) | | | | | | | | | |
| 90.   - Dodge & Cox Stock Fd. | C | Dividend | K | T | Buy<br>(add'l) | 01/08/19 | K | | |
| 91. | | | | | Sold<br>(part) | 03/07/19 | K | C | |
| 92. | | | | | Buy<br>(add'l) | 12/16/19 | K | | |
| 93.   - Dodge & Cox Balanced Fd. | B | Dividend | K | T | Buy<br>(add'l) | 12/16/19 | K | | |
| 94.   - Dodge & Cox Income Fd. | C | Dividend | L | T | Sold<br>(part) | 01/08/19 | L | B | |
| 95. | | | | | Buy<br>(add'l) | 03/07/19 | L | | |
| 96. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 97. | | | | | Sold<br>(part) | 12/05/19 | J | B | |
| 98. | | | | | Sold<br>(part) | 12/16/19 | L | D | |
| 99.   - Dodge & Cox Global Stock Fund | A | Dividend | J | T | Buy | 01/08/19 | K | | |
| 100. | | | | | Sold<br>(part) | 03/07/19 | K | B | |
| 101. | | | | | Sold<br>(part) | 08/05/19 | J | A | |
| 102.  IRA #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - MFS Intl Diversification I Fund | A | Dividend | K | T | | | | | |
| 104. - AIG Focused Div Strat A Fund | A | Dividend | | | Sold | 07/25/19 | K | | |
| 105. - Cambiar SMID Investor Fund | A | Dividend | L | T | | | | | |
| 106. - Templeton Global Total Return Adv Fund | A | Dividend | | | Sold | 07/25/19 | K | | |
| 107. - BrandywineGlobal Alt Credit I | A | Dividend | J | T | | | | | |
| 108. - FT North American Energy Infra | B | Dividend | K | T | | | | | |
| 109. - Catalyst Millburn HGD Strat I | B | Dividend | K | T | | | | | |
| 110. - American Bond Fund of America F2 | B | Dividend | L | T | Sold<br>(part) | 11/07/19 | J | A | |
| 111. - Vanguard Value ETF | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 112. - The Financial Sel Sect SPDR Fd | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 113. Brokerage #2 (H) | | | | | | | | | |
| 114. - Fidelity MSCI Information (X) | A | Dividend | J | T | | | | | |
| 115. - Fidelity NASDAQ Composite Indes (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Ebel, David M.** | 07/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) This report was prepared on my behalf by my accountant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544